# Morgan Lewis

> Defendant Chloe Boutique S.A., Inc.'s requested extension (ECF No. 16) is GRANTED. Chloe Boutique S.A., Inc. shall answer or otherwise respond to the Complaint by **February 28, 2022**.
>
> The Clerk of Court is respectfully directed to close ECF No. 16.
>
> SO ORDERED       2/10/2022
>
> *SARAH L. CAVE*
> United States Magistrate Judge

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

February 9, 2022

**VIA ECF**

Hon. Sarah L. Cave
United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 18A
New York, NY 10007-1312

Re:   *Girotto v. Chloe Boutique S.A., Inc. et al.*, 1:21-cv-10098-AJN-SLC
      <u>Request to Extend Chloe Boutique S.A. Inc.'s Time to Respond to the Complaint</u>

Dear Judge Cave:

We represent defendants Chloe Boutique S.A., Inc. ("Chloe") and Soho Centrale, LLC ("SoHo Centrale", and, collectively with Chloe, "Defendants") in connection with the above-referenced action. Pursuant to Your Honor's Individual Practices in Civil Cases, we write with the consent of counsel for Plaintiff Luigi Girotto ("Plaintiff"), respectfully to request that the Court extend Chloe's time to respond to the Complaint from February 14, 2022 to February 28, 2022. This is Chloe's first request for an extension of time to respond to the Complaint. The Court recently granted Soho Centrale's first request to extend its time to respond to the Complaint to February 28, 2022. If granted, this extension will permit Chole and Soho Centrale, who are both represented by undersigned counsel, to respond to the Complaint on the same date. If granted, this request will not affect any other dates scheduled in this action. As noted above, Plaintiff's counsel consents to this request.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

C: All Counsel of Record (via ECF)

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY  10178-0060         T +1.212.309.6000
United States                    F +1.212.309.6001