# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

March 28, 2022

**VIA ECF**

Hon. Sarah L. Cave
United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 18A
New York, NY 10007-1312

> Defendants' requested extension (ECF No. 20) is GRANTED. By **April 29, 2022**, Defendants shall answer or otherwise respond to the Complaint.
>
> The Clerk of Court is respectfully directed to close ECF No. 20.
>
> SO ORDERED    3/29/2022
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

Re: *Girotto v. Chloe Boutique S.A., Inc. et al.*, 1:21-cv-10098-AJN-SLC
<u>Request to Extend Defendants' Time to Respond to the Complaint</u>

Dear Judge Cave:

We represent defendants Chloe Boutique S.A., Inc. ("Chloe") and Soho Centrale, LLC ("SoHo Centrale", and, collectively with Chloe, "Defendants") in connection with the above-referenced action. Pursuant to Your Honor's Individual Practices in Civil Cases, we write with the consent of counsel for Plaintiff Luigi Girotto ("Plaintiff"), respectfully to request that the Court extend Defendants' time to respond to the Complaint from March 30, 2022 to April 29, 2022. This is Defendants' third request for an extension of time to respond to the Complaint. The Court granted Defendants' prior requests. In support of this request, counsel for Defendants states that the parties are continuing to discuss an early resolution of this action. If granted, this extension will permit the parties to focus on those efforts, rather than on pleadings and litigation. If granted, this extension will not affect any other date scheduled in this action. As noted above, Plaintiff's counsel consents to this request.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

C: All Counsel of Record (via ECF)